NUMBER 13-00-351-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


RALPH YOUNG GAMBLE, JR.
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 377th District Court 


of Victoria County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Hinojosa and

Kennedy(1)

Opinion Per Curiam



 Appellant, RALPH YOUNG GAMBLE, JR., attempted to perfect an
appeal from a judgment entered by the 377th District Court of Victoria
County, Texas. Sentence in this cause was imposed on May 8, 2000. 
No timely motion for new trial was filed. The notice of appeal was due
to be filed on June 7, 2000, but was not filed until June 8, 2000. Said
notice of appeal is untimely filed. Appellant filed an untimely motion to
permit late filing of the notice of appeal on July 19, 2000.

 Tex. R. App. P. 26.3 provides that the court of appeals may grant
an extension of time for filing notice of appeal if such notice is filed
within fifteen days of the last day allowed and within the same period
a motion is filed in the court of appeals reasonably explaining the need
for such extension. Appellant failed to file his notice of appeal and
motion requesting an extension of time within such period. 

 The Court, having considered the documents on file, appellant's
failure to timely perfect his appeal, and appellant's untimely motion, is
of the opinion that the appeal should be dismissed for want of
jurisdiction. Appellant's untimely motion to permit late filing of notice
of appeal is dismissed. The appeal is hereby DISMISSED FOR WANT
OF JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 27th day of July, 2000.


1. Retired Justice Noah Kennedy assigned to this Court by the Chief
Justice of the Supreme Court of Texas pursuant to Tex. Gov't Code Ann.
§74.003 (Vernon 1998).